UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:    **WILLIAM VORIS BOWEN**
**MEDRA BLAIR BOWEN**
**DEBTORS**

CASE NO.: 15-51374
CHAPTER 13

## ORDER

This matter having come before the Court on Debtors' Motion to Bifurcate and the Court being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that Debtors' Motion to Bifurcate is **SUSTAINED**.

Pursuant to Local Rule 9022-1©, Jeanne K. Channell, shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within ten (10) days hereof.

Hon. Beverly Burden

US Trustee

All Creditors listed on Petition

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Tuesday, March 15, 2016
(grs)