# UNITED STATES BANKRUPTCY COURT
### Eastern District of Kentucky
### Lexington Division

Mailing Address: P.O. Box 1111, Lexington, KY 40588–1111

| | |
|---|---|
| In Re:    William Voris Bowen<br>Medra Blair Bowen | { Case Number: 15–51374–grs<br>{<br>{ |
| aka/dba: | {<br>{ Chapter: 13<br>{ |
| | {<br>{ |
| Debtor(s) | {<br>{<br>{<br>{ |

## *** NOTICE ***

Notice is hereby given that an order was entered in this case on March 15, 2016, granting the motion of the debtors to split this joint case into two individual cases. Case number 15–51374 shall proceed under the name of William Voris Bowen only. The case of Medra Blair Bowen shall proceed as case number 16–50469.

DATED: 3/15/16

By the court –

/s/ Gregory R. Schaaf
Gregory R. Schaaf
U.S. Bankruptcy Judge

KYE_ffn